```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   2:09-cv-03542-FCD-EFB
                                     )
12          Plaintiff,                )   APPLICATION AND ORDER
                                     )   FOR PUBLICATION
13       v.                          )
                                     )
14  REAL PROPERTY LOCATED IN         )
    NEVADA COUNTY, CALIFORNIA,       )
15  APN: 61-070-08, INCLUDING ALL    )
    APPURTENANCES AND IMPROVEMENTS   )
16  THERETO,                         )
                                     )
17  REAL PROPERTY LOCATED IN         )
    NEVADA COUNTY, CALIFORNIA,       )
18  APN: 61-140-37, INCLUDING ALL    )
    APPURTENANCE AND IMPROVEMENTS    )
19  THERETO,                         )
                                     )
20  REAL PROPERTY LOCATED IN         )
    NEVADA COUNTY, CALIFORNIA,       )
21  ORIGINAL APN: 61-070-09, CURRENTLY )
    KNOWN AS APN: 61-070-25, INCLUDING )
22  ALL APPURTENANCES AND IMPROVEMENTS )
    THERETO,                         )
23                                   )
    REAL PROPERTY LOCATED IN         )
24  NEVADA COUNTY, CALIFORNIA,       )
    ORIGINAL APN: 61-150-08,         )
25  CURRENTLY KNOWN AS APN: 61-151-08, )
    INCLUDING ALL APPURTENANCES AND  )
26  IMPROVEMENTS THERETO, and        )
                                     )
27  REAL PROPERTY LOCATED IN         )
    NEVADA COUNTY, CALIFORNIA,       )
28  ORIGINAL APN: 61-140-43,         )
```

```
 1  CURRENTLY KNOWN AS AND INCLUDING    )
    APN: 61-140-52, APN: 61-140-58,    )
 2  APN: 61-140-63, APN: 61-140-69,    )
    APN: 61-140-70, APN: 61-140-72,    )
 3  APN: 61-140-74, APN: 61-140-76,    )
    APN: 61-140-77, APN: 61-140-78,    )
 4  and APN: 61-140-79, INCLUDING ALL  )
    APPURTENANCE AND IMPROVEMENTS      )
 5  THERETO,                           )
                                       )
 6            Defendants.              )
                                       )
 7  _____)
```

8   The United States of America, Plaintiff herein, applies for
9  an order of publication as follows:
10      1.  Rule G(4) of the Supplemental Rules for Admiralty or
11  Maritime Claims and Asset Forfeiture Actions (hereafter
12  "Supplemental Rules") provides that the Plaintiff shall cause
13  public notice of the action to be given in a newspaper of general
14  circulation or on the official internet government forfeiture
15  site;
16      2.  Local Rule 171, Eastern District of California, provides
17  that the Court shall designate by order the appropriate newspaper
18  or other vehicle for publication;
19      3.  The defendant real properties are located in Nevada
20  County, California;
21      4.  Plaintiff proposes that publication be made as follows:
22          a.  One publication;
23          b.  Thirty (30) consecutive days;
24          c.  On the official internet government forfeiture
25  site www.forfeiture.gov;
26          d.  The publication is to include the following:
27              (1)  The Court and case number of the action;
28              (2)  The date of the seizure/posting;

1        (3)  The identity and/or description of the
2   property seized/posted;
3        (4)  The name and address of the attorney for the
4   Plaintiff;
5        (5)  A statement that claims of persons entitled
6   to possession or claiming an interest pursuant to Supplemental
7   Rule G(5) must be filed with the Court and served on the attorney
8   for the Plaintiff no later than 60 days after the first day of
9   publication on the official internet government forfeiture site;
10  and
11       (6)  A statement that answers to the Complaint or
12  a motion under Rule 12 of the Federal Rules of Civil Procedure
13  ("Fed. R. Civ. P.") must be filed and served within 21 days after
14  the filing of the claims and, in the absence thereof, default may
15  be entered and condemnation ordered.

16  Dated: Dec. 21, 2009          BENJAMIN B. WAGNER
                                  United States Attorney

                                   /s/ Kristin S. Door
                                  KRISTIN S. DOOR
                                  Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.[1]

Dated:  December 30, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The issuance of this order does not affect any of the requirements set forth in 18 U.S.C. § 985.

3                    Application and Order for Publication